IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: COLOPLAST CORP. PELVIC SUPPORT
SYSTEMS PRODUCTS LIABILITY LITIGATION         MDL 2387

--------------------------------------------------
THIS DOCUMENT RELATES TO COLOPLAST
WAVES 1, 2, and 3 CASES

PRETRIAL ORDER # 136
(Order Staying Coloplast Wave 1, 2, and 3 Cases)

By PTO # 132, I stayed Coloplast Waves 1, 2 and 3 cases for purposes of general causation discovery only, but not as to specific causation discovery. For reasons appearing to the court, it is **ORDERED** as follows:

1.   Waves 1, 2 and 3 remaining deadlines for specific causation discovery, expert, *Daubert* and Dispositive motions as set forth in PTO # 132 are **STAYED for sixty (60) days**. The stays for general causation discovery remains in effect.

2.   The parties are expected to continue settlement negotiations.

3.   The court **DIRECTS** the parties, by counsel, to provide a joint written report to the court, via email on **December 1, 2017**, as to which cases in Waves 1, 2 and 3 have not been resolved or dismissed. Any case that has a pending Motion to Dismiss or other dispositive motion should be included on the list with a notation that there is a pending motion and whether the motion, if granted, will be dispositive of the entire civil action.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2387 **and in the Coloplast Waves 1, 2 and 3 cases**. It shall be the responsibility of the parties to review and

abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER: October 25, 2017

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE